UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | § <br> § <br> § | |
| VS. | § <br> § | |
| JOSE "JOEY" RICARTE<br>DEFENDANT | § <br> § <br> § <br> § | SA–12-CR-359-08-OG |

### SENTENCING MEMORANDUM

COMES NOW the Defendant, JOSE "JOEY" RICARTE, and files this sentencing memorandum in support of 18 U.S.C. 3553 factors.

Respectfully submitted:

_____

Adam Kobs
310 S. St. Mary's, Ste.1920
San Antonio, TX.  78205
Telephone 210.223.4177
Facsimile 210.223.4188
State Bar No.  24000991

Attorney for Defendant

### CERTIFICATE OF SERVICE

I, Adam Kobs, certify that on the 19th day of December, 2012, a copy of the foregoing Sentencing Memorandum was electronically delivered to Bettina Richardson at the Assistant United States Attorney's office, and to Vivian Freisenhahn at the United States Probation Officer 's office.

_____
Adam Kobs

Your Honor,

My name is Dolores Ricarte the mother of Jose RicarteJr #99634280 I am writing this letter hoping to find you in good spirits and health and hoping the release of my son for the holidays. He is my only son that I have he was my helper and second hand for everything that his father and myself needed help with. He also was the one who did work for my business since his incarceration my business has lost customers due to him not being able to do my installation of draperies. He is a good person what he did was wrong and he is paying for his wrong doings. My husband and I are in our late 50's and have gotten ill since he has been gone due to us having to do work at home on our own we own land out in the country and now that it is just me and my husband the yard work and car maintenance has become overwhelming for us. These holidays with out my son have been stressful and sad. Thank you for giving me this time to express my feelings and concerns for my son.

Thank you

Mr&MrsRicarte

Your Honor,

My name is Eva Ramon sister of Jose RicarteJr # 99634280 I am writing this letter hoping to find you in good spirits and health and hoping the release of my son for the holidays. He is my only brother and we have 1 other sister. My sister and I are single moms with teenage kids myself I have 1 daughter who just turned 20 and misses her uncle very much my son is 15 and his also misses his uncle my brother was there one man to look up to when they needed that father part in there life's since my brothers incarceration my son continues to get in trouble in school and does not wish to talk to me about it he bottles it up till he gets to see his uncle on Monday for visitations. My bothers is the only one that does my house maintenance and vehicle work for me here I sit with my truck acting up mechanic problems only because I can not afford to pay for this maintenance  my brother was my handy man for every thing I could not do. He was the man of my house he does live with me since his absents my life has been very stress ful with my son and handy work that can not be done in my home that I will have to move with friends of the family to help my ends meet. He was also the one that would always be there for my other sister since she Is also a single mom with 3 boys 2 teenagers and one almost getting there my brother was the one who could control our boys. These holidays with out my brother have been stressful and sad. Thank you for giving me this time to express my feelings and concerns for my brother.

Thank you

Eva Ramon